IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-31999 |
| | ) | Chapter 13 |
| WILLIAM ATCHISON, | ) | Judge Daniel Opperman |
| Debtor. | ) | |
| | ) | |
| WILLIAM ATCHISON, | ) | Adv. Proc. No. 13-03226-dof |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, *et al.,* | ) | |
| Defendants. | ) | |

**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO ENLARGE TIME TO SERVE ITS ANSWER OR SUCH OTHER RESPONSE TO PLAINTIFF'S ADVERSARY COMPLAINT**

The Defendant United States of America's motion to enlarge time to serve its answer or such other response to Plaintiff's Adversary Complaint is hereby GRANTED. The United States will have until October 3, 2013 to file its answer or other response.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

.

**Signed on September 05, 2013**

                                            /s/ Daniel S. Opperman
                                            Daniel S. Opperman
                                            United States Bankruptcy Judge