IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-31999 |
| | ) | Chapter 13 |
| WILLIAM ATCHISON, | ) | Judge Daniel Opperman |
| | ) | |
| Debtor. | ) | |
| | ) | |
| WILLIAM ATCHISON, | ) | Adv. Proc. No. 13-03226-dof |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO ENLARGE DISPOSITIVE MOTIONS DEADLINE**

The Defendant United States of America, with the consent of the Plaintiff, respectfully requests an enlargement of the dispositive motions deadline until May 15, 2014 so that the parties may continue settlement discussions.

1

WHEREFORE, the Defendant United States requests an enlargement of the dispositive motions deadline until May 15, 2014.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

*/s/ Carina Clark Federico*
CARINA CLARK FEDERICO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-353-0701 (v)
202-514-5238 (f)
carina.c.federico@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

*/s/ Carina Clark Federico*
CARINA CLARK FEDERICO
Trial Attorney
United States Department of Justice, Tax Division

3
13-03226-dof    Doc 16    Filed 04/15/14    Entered 04/15/14 12:38:25    Page 3 of 3